AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00213 |
| Paul Allard Hodgkins | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/9/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| **Date of Birth:** XXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                    *Offense Description*

18 U.S.C. 1512(c)(2), 2 -Obstructing or Impeding Any Official Proceeding and Aiding and Abetting; 18 U.S.C. 1752 (a)(1), (2)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Impeding or Disrupting Official Functions; 40 U.S.C. 5104(e)(2)-Violent Entry and Disorderly Conduct in Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Heang Ly, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/09/2021

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*